HARRY HART *et al.*

*v.*

HYMAN B. STERN *et al.*

*Opinion filed April 17, 1899.*

This case is controlled by the decision in *Rosenberg* v. *Stern*, 177 Ill. 437.

*Hart* v. *Stern*, 78 Ill. App. 491, affirmed.

APPEAL from the Branch Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. ELBRIDGE HANECY, Judge, presiding.

HOFHEIMER & PFLAUM, and MORAN, KRAUS & MAYER, for appellants.

FRANCIS W. WALKER, and FLOWER, SMITH & MUSGRAVE, for appellees.

Per CURIAM: The record in this case is the same as the one in *Rosenberg* v. *Stern*, 177 Ill. 437, and the decision of that case is conclusive of the questions raised and argued in this.

The judgment of the Appellate Court will accordingly be affirmed. *Judgment affirmed.*